FILED
United States Court of Appeals
Tenth Circuit

May 19, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

JOSEPH D. GILBERTI,

    Plaintiff - Appellant,

v.

WARREN BUFFET, et al.,

    Defendants - Appellees.

No. 25-6071
(D.C. No. 5:25-CV-00176-D)
(W.D. Okla.)

_____

**ORDER**

_____

This matter is before the court following the opening of this appeal. The district court docket shows a pending "Objection to Order Dismissing Case" [ECF No. 9], filed within 28 days after entry of the April 29, 2025 Order [ECF No. 7] being appealed. As a result, the May 16, 2025 notice of appeal becomes effective to appeal the dismissal order once the district court enters an order disposing of the "Objection to Order Dismissing Case." See Fed. R. App. P. 4(a)(4)(A), (B).

Accordingly, this appeal is ABATED pending the district court's disposition of the "Objection to Order Dismissing Case." When the district court enters an order disposing of the post-judgment "Objection" [DC ECF No. 9], the clerk of the district court is directed to supplement the preliminary record in accordance with 10th Cir. R. 3.2(B).

                Entered for the Court

                CHRISTOPHER M. WOLPERT, Clerk